# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SHAWN DONEY, <br><br>      Plaintiff, <br><br> v. <br><br> KIOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br>      Defendant. | **No. CV-25-73-GF-JTJ** <br><br><br> **ORDER** |

Plaintiff Shawna Doney filed a motion to proceed in forma pauperis. (Doc. 1). Plaintiff submitted an affidavit in support of the application that makes the showing required by 28 U.S.C. § 1915(a). Because it appears that Plaintiff lacks sufficient funds to prosecute this action, the Court granted the motion. (Doc. 4).

Plaintiff is advised that, pursuant to the federal statute governing proceedings in forma pauperis, federal courts must engage in a preliminary screening of cases to assess the merits of the claims. 28 U.S.C. § 1915(e)(2). Here, the Court has considered whether Plaintiff's Complaint is frivolous, malicious, fails to state a claim, or seeks solely monetary relief from a defendant who is immune. *Id.*

1

Liberally construing the Complaint, the Court cannot say at this stage in the proceedings that it meets any of these criteria.

Based on the foregoing, **IT IS ORDERED**:

(1)    Pursuant to Rule 3 of the Supplemental Rules for Social Security, effective December 1, 2022, Plaintiff "need not serve a summons and complaint under Civil Rule 4." Fed. R. Civ. P. Supp. Soc. Sec. R. 3.  Rather, the Clerk of Court "must notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the District of Montana." *Id.*

(2)    Unless the defendant files of motion to dismiss, the clerk will issue a briefing schedule when the administrative record is filed.  L.R. 78.2.

(3)    Any party's request that the Court grant relief, make a ruling, or take an action of any kind must be made in the form of a motion.  If a party wishes to give the Court information, such information must be presented in the form of a notice. The Court will not consider requests made or information presented in letter form.

(4)    Pursuant to Fed. R. Civ. P. 5(a), all documents presented for the Court's consideration must be served by first-class mail upon counsel or, if a party is proceeding pro se, upon the party.  The Certificate of Service must state the date on

which the document was deposited in the mail and the name of the person to whom the document was sent.  The sender must sign the certificate of service.

DATED this 8th  day of September 2025.


_____
John Johnston
United States Magistrate Judge